IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MANUEL SAAVEDRA,

        Plaintiff,                                        No. 1:19-cv-00644-KRS

v.

ANDREW SAUL, Commissioner
of the Social Security Administration,

        Defendant.

## ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS

**THIS MATTER** comes before the Court upon Plaintiff's Motion to Proceed in Forma Pauperis (Doc. 2), filed July 16, 2019. Having reviewed the motion, the Court FINDS and CONCLUDES that Plaintiff's request is well-taken and should be granted. In making this determination, the Court notes that Plaintiff has successfully established that he is unable to prepay the required filing fee and/or that so doing will cause him substantial hardship. *See* 28 U.S.C. § 1915(a)(1).

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion to Proceed in Forma Pauperis (Doc. 2) is hereby **GRANTED**.

                                                                _____
                                                                 KEVIN R. SWEAZEA
                                                                 UNITED STATES MAGISTRATE JUDGE